427 A.2d 241

Wargo, Appellant, v. Wargo.

Argued November 13, 1979. Stephen J. Mirizio, for appellant; B. Albert Bertocchi, for appellee.

616

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Decree affirmed.